[No. 1827. Decided February 24, 1896.]

THE STATE OF WASHINGTON *on the Relation of George E. Starrett et al., Appellants,* v. FRANCIS W. JAMES, *Respondent.*

MANDAMUS — WHEN LIES — PARTIES IN INTEREST.

Under the rule that mandamus will lie only at the instance of parties in interest, the writ will not issue at the suit of two directors of a school district against the third director to compel him to sign warrants for the payment of the salaries of certain teachers.

Appeal from Superior Court, Jefferson County.— Hon. R. A. BALLINGER, Judge. Affirmed.

*W. F. Rupert,* for appellants.

*Warren Carroll,* for respondent.

The opinion of the court was delivered by

SCOTT, J.—This was a proceeding in mandamus brought by the relators, as members of the board of directors of School District No. 1 of Jefferson county, against the respondent, the third director, to compel him to sign warrants ordered issued by said board in payment of the salaries of certain teachers who

are not parties to this proceeding. The warrants
had been signed by the relators. The superior court
granted the alternative writ; return was made thereto,
and upon the hearing the court ordered the same dis-
solved, and the relators have appealed.

It does not appear what reason or ground induced
the court to find in favor of the respondent, and it is
not material if there is any good reason why the final
writ should not have issued. The respondent contends
that the relators have no interest in the matter in con-
troversy, and consequently had no right to institute
the proceedings. In our opinion, this position is well
taken. Such proceedings can only be brought by
parties in interest. See 14 Am. & Eng. Enc. Law, p.
218, and cases cited. The action was merely to en-
force a private demand, and the interested parties
would be the ones who held the claims and to whom
the warrants should have been issued. The relators
had no such interest in the matter as would author-
ize them to invoke the aid of the court.

Affirmed.

HOYT, C. J., and ANDERS, DUNBAR and GORDON, JJ.,
concur.